UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

PAMELA LOVE,

              Plaintiff,    **12 CV** Civil Action No. **3472**

        v.

URBAN OUTFITTERS, INC., and DOES
1 through 10, inclusive,            (JURY DEMANDED)

             Defendants.

-----------------------------------------------------------X

RECEIVED
MAY 0 2 2012
U.S.D.C. S.D. N.Y.
CASHIERS

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Pamela Love, for her Complaint against Defendants Urban

Outfitters, Inc. ("Urban Outfitters"), and Does 1 through 10 inclusive, alleges the

following on knowledge as to Plaintiff and, otherwise, on information and belief:

### SUMMARY OF ACTION

1.  Plaintiff Pamela Love is a well-known jewelry designer.  Ms. Love's

designs draw from her passion for nature and science, as well as her interests in

astronomy, astrology, religion, magic and folk jewelry.  She also draws inspiration

from her deep connection to the American Southwest.  Ms. Love's designs have

been featured at New York Fashion Week and in numerous publications,

including Vogue and Elle magazines.  Ms. Love's jewelry products are sold

through high-end web based retailers and at brick and mortar stores such as

Barneys and Neiman Marcus.

2.  Ms. Love has valid, registered copyright rights in many of her original

designs, one of which is her "Small Bear Ring" design (See **Exhibit A**).  This

design has been well-known for several years in the market place and has been depicted in well-known magazines (See e.g. **Exhibit B**).

3.  Ms. Love also has valid, registered copyright rights in her "Ridged Cuff" design (See **Exhibit C**).  This bracelet features thick bronze with five ridges and asymmetrical details. (See Id.).  It was prominently displayed at Fashion Week in New York City in September 2010, and is part of Ms. Love's "Spring Collection 2011."  This collection is "an exploration of a rare combination of astrological lunar phases and alchemy with ethnic ornamentation." (See **Exhibit D**).  "[Ms. Love] was inspired by traditional Indian and African beliefs crafting a collection that she believes exemplifies jewelry as a form of protection." Id.  This "Ridge Cuff" has been depicted in well-known fashion magazines. (See, e.g. **Exhibit E**)

4.  As described herein, Defendant Urban Outfitters, including by and through its affiliated brands Free People and Anthropologie, has knowingly and intentionally caused the manufacture of, advertised, and sold infringing, unauthorized copies of Ms. Love's "Small Bear Ring" and "Ridged Cuff" designs.

5.  Defendant Urban Outfitters and/or its subsidiaries are very familiar with Ms. Love.  In fact, on several occasions, Defendants sought to partner with Ms. Love or to sell her designs.  However, the parties have never reached any agreement on distribution of Ms. Love's products or a design partnership.

6.  On information and belief, there are other entities and individuals that: (a) manufacture, supply, distribute and/or sell the infringing products to Urban Outfitters, or; (b) are the agent, employee, principal, or co-conspirator of Urban Outfitters and have acted within the scope of such agency, employment, conspiracy, joint venture or partnership relations in committing the acts alleged herein.

7.  Plaintiff is ignorant of the true identities and participation of the entities and individuals described in Paragraph 6 of this Complaint and therefore sues them

by the fictitious names of Does 1 through 10.  Plaintiff will seek to amend the Complaint to state the true identities of Does 1 through 10 when ascertained.

8.  Ms. Love has been injured by Defendants' infringement of her original jewelry designs.  In particular, Defendants have sold or are selling inferior knockoffs of Ms. Love's high-end and meticulously crafted jewelry products. Consequently, Defendants' actions negatively impact the reputation and desirability of Ms. Love's products.

## JURISDICTION AND VENUE

9.  This complaint alleges causes of action for copyright infringement under the Copyright Laws of the United States, 17 U.S.C. §101 et seq.

10. The Court has subject matter jurisdiction in this action pursuant to 28 U.S.C. §1331 and §1338, and under the principles of supplemental jurisdiction, 28 U.S.C. §1367.

11. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

12. Pamela Love first displayed her "Small Bear Ring" design to the public in 2008.  Since then, the ring has been commercially successful and has been depicted in numerous fashion magazines.

13. Ms. Love first displayed her "Ridge Cuff" design to the public at New York Fashion Week in 2010 as part of the unveiling of her "Spring Collection 2011." The "Ridge Cuff" and other works from Ms. Love's "Spring Collection 2011" have received much publicity, including in the print fashion press and also on the internet.

14. Upon information and belief, Defendant Urban Outfitters is a Pennsylvania

3

corporation with a principal place of business at 5000 South Broad Street, Philadelphia, Pennsylvania 19112-1495.

15. Upon information and belief, Urban Outfitters has offered for sale and sold infringing copies of Ms. Love's copyrighted and registered "Small Bear Ring" and "Ridge Cuff" designs through its Free People and Anthropologie stores in this judicial district, as well as throughout New York State. Additionally, Urban Outfitters advertises, offers for sale and sells its products through its websites www.freepeople.com and www.anthropologie.com, and has sold and shipped the infringing copies of Ms. Love's designs to consumers in this judicial district and throughout New York State.

16. Urban Outfitters has sold and/or is selling a ring called the "Fighting Bears Ring" (**Exhibit F**). The "Fighting Bears Ring" is a near-identical knockoff of Ms. Love's original "Small Bear Ring" design.

17. Reviews on www.freepeople.com show that Urban Outfitters' "Fighting Bears Ring" is a very poor quality product. Customers complained that: the "metal is super cheap and brittle", the ring "SPLIT IN HALF" after only a "gentl[e] squeeze", and Urban Outfitters' ring was "a complete waste of money." (See **Exhibit G**). Customers also made other disparaging statements about Defendants' product, especially regarding its poor quality.

18. In addition, Defendant Urban Outfitters, through its Anthropologie stores and through www.anthropologie.com, has sold and/or is selling copies of Ms. Love's original "Ridged Cuff" design. Images of Urban Outfitters' copy of Ms. Love's "Ridged Cuff" bracelet are attached hereto as **Exhibit H**. Urban Outfitters calls its copy of Ms. Love's original design the "Pleated Bracelet". (See **Exhibit H**). The Urban Outfitters' "Pleated Bracelet" is a very close copy of Ms. Love's "Ridge Cuff" design as has very similar proportions to Ms. Love's original design.

## COUNT I
### (Copyright Infringement of the "Small Bear Ring")

19. Plaintiff realleges Paragraphs 1 through 18 as if fully set forth herein.

20. This cause of action arises under the Copyright Laws of the United States, Title 17 U.S.C. § 101 et seq.

21. One of Ms. Love's popular and widely-publicized designs is the "Small Bear Ring." This design has been available to consumers through high-end retailers, both online and in brick and mortar stores, since 2008.

22. Ms. Love's "Small Bear Ring" design is wholly original and is copyrightable under the Copyright Laws of the United States, 17 U.S.C. §101 et seq.

23. Ms. Love has previously duly complied with the provisions of the Copyright Laws of the United States, and has secured rights and privileges in and to the "Small Bear Ring" design, and has obtained from the Register of the Copyrights a Certificate of Registration pertaining to said design, identified as "Design No. PLSBR," Copyright Registration No. VA1-778-449, and registered on June 20, 2011. A copy of the Certificate of Copyright Registration and images deposited with the U.S. Copyright Office are attached hereto as **Exhibit A**.

24. All authorized copies of the "Small Bear Ring" have been sold by and/or used in conformity with the provisions of the Copyright Laws of the United States.

25. Upon information and belief, Defendants, having full knowledge of the copyright rights of Plaintiff in and to the "Small Bear Ring" design as alleged herein, infringed Plaintiff's copyright rights by providing, advertising, displaying, causing the manufacture of, and selling cheap knockoff reproductions of Ms. Love's "Small Bear Ring" design, in violation of Plaintiff's rights under 17 U.S.C. § 106(1) and § 106(3). In fact, the quality of Defendants' knockoff copies of the

"Small Bear Ring" are so poor that various consumers posted complaints on Defendant Urban Outfitters' website, www.freepeople.com, about the inferior quality of Defendants' product. (See **Exhibit G**)

26.  Defendants' activities have caused harm to Plaintiff, and Defendants have profited from their acts of infringement.  Upon information and belief, the activities of Defendants have diminished and will continue to diminish the exclusivity, inherent value and marketability of the "Small Bear Ring" design, especially given the inferior, cheap knockoff quality of the infringing copies.

27.  All of the acts of Defendants as set forth in the preceding paragraphs were undertaken without the permission, license, or consent of Plaintiff, and are irreparably damaging to Plaintiff.

## COUNT II
### (Copyright Infringement of the "Ridge Cuff")

28.  Plaintiff realleges Paragraphs 1 through 27 as if fully set forth herein.

29.  This cause of action arises under the Copyright Laws of the United States, Title 17 U.S.C. § 101 et seq.

30.  One of Ms. Love's original designs is the "Ridge Cuff."  Ms. Love's "Ridge Cuff" design is wholly original and is copyrightable under the Copyright Laws of the United States, 17 U.S.C. §101 et seq.

31.  Ms. Love has previously duly complied with the provisions of the Copyright Laws of the United States, and has secured rights and privileges in and to the "Ridge Cuff" design, and has obtained from the Register of the Copyrights a Certificate of Registration pertaining to said design. The "Ridge Cuff" design is identified as "PLS1B5B" on Copyright Registration No. 1-432-825, which is for Ms. Love's "Spring Collection 2011."  This collection was registered

with the Copyright Office with an effective date of July 7, 2011. (See **Exhibit C**).

32. All authorized copies of the "Ridge Cuff" have been sold by and/or used in conformity with the provisions of the Copyright Laws of the United States.

33. Upon information and belief, Defendants, having full knowledge of the copyright rights of Plaintiff in and to the "Ridge Cuff" design infringed Plaintiff's copyright rights by providing, advertising, displaying, causing the manufacture of, and selling knockoff reproductions of the "Ridge Cuff" in violation of Plaintiff's rights under 17 U.S.C. § 106(1) and § 106(3).

34. Defendants' activities have caused harm to Plaintiff, and Defendants have profited from their acts of infringement. Upon information and belief, the activities of Defendants have diminished and will continue to diminish the exclusivity, inherent value, and marketability of the "Ridge Cuff" design.

35. All of the acts of Defendants as set forth in the preceding paragraphs were undertaken without the permission, license, or consent of Plaintiff, and are irreparably damaging to Plaintiff.

## DAMAGES

36. Plaintiff has been damaged by the acts of Defendant as alleged in Counts I and II, in an amount as yet unknown, but which if continued will be in excess of $150,000. Plaintiff will amend her Complaint, at or before trial, to conform to proof of the amount of her actual damages.

WHEREFORE, Plaintiff demands:

A. That Defendants, their subsidiaries, agents, servants, related companies, and all parties in privity with it, or any one of them, be enjoined preliminarily and permanently from infringing Plaintiff's copyright rights in her "Small Bear Ring" and "Ridge Cuff" designs, either by manufacturing, causing the

7

manufacture of, displaying, distributing, selling, promoting and/or advertising these jewelry designs at issue, and any other products that are substantially similar to Plaintiff's above-listed designs;

B.     That Defendants be required to deliver up to be impounded during the pendency of this action all products bearing infringement of Plaintiff's copyrighted designs;

C.     That Defendants be required to pay Plaintiff such damages as Plaintiff has sustained as a consequence of Defendants' infringement and to account for all gains, profits and advantages derived by Defendants, from said infringements, and that such award for damages be trebled due to the willful and wanton nature thereof;

D.     That Defendants be responsible for enhanced statutory damages due to the willful, blatant and repeated nature of their infringement;

E.     That Defendants pay Plaintiff for the costs of this action and for Plaintiff's reasonable attorney's fees, as the Court may allow Plaintiff, and;

F.     That Plaintiff be granted such other and further relief as the Court may deem just.

**JURY DEMAND**

Plaintiff demands a trial by jury.

> GOTTLIEB, RACKMAN & REISMAN, P.C.
> Attorneys for Plaintiff
> 270 Madison Avenue, 8th Floor
> New York, New York 10016-0601
> (212) 684-3900
>
> By:_____
>       Richard S. Schurin (RS 0199)
>       rschurin@grr.com
>       Ariel S. Peikes (AP 9157)
>       apeikes@grr.com

Dated: New York, New York
       May 1, 2012

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-778-449

**Effective date of registration:**

June 20, 2011

---

## Title

**Title of Work:** Style No. PLSBR

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** February 1, 2008   **Nation of 1st Publication:** United States

## Author

■ **Author:** Pamela Love

**Author Created:** jewelry design

**Citizen of:** United States   **Domiciled in:** United States

**Year Born:** 1982

## Copyright claimant

**Copyright Claimant:** Pamela Love

113 West 27 Street, Suite 3, New York, NY, 10001, United States

## Rights and Permissions

**Organization Name:** Gottlieb, Rackman & Reisman, P.C.

**Name:** Richard S. Schurin

**Email:** rschurin@grr.com   **Telephone:** 212-684-3900

**Address:** 270 Madison Avenue

8th Floor

New York, NY 10016 United States

## Certification

**Name:** Ariel S. Peikes

**Date:** June 20, 2011

**Applicant's Tracking Number:** 5821/001

---





# Exhibit B

## ELLE*edits*



'I collaborated with Longchamp because I knew we would produce some great pieces.' Kate Moss





### THE STUFF OF DREAMS

In a season of ruffles and romance, if you want to add a little edge to your outfits, take a look at Brooklyn born jewellery designer **PAMELA LOVE**. 'I'm obsessed with nature and science,' says the 27-year-old, whose costume and set design background shines through in her fairy-tale gothic creations. We love the signature ring (below) and the gold antler earrings intertwined with daggers, from £65. enq.liberty.co.uk.

## march.10 FASHION NOTES

*The latest fashion* BUZZ *for this* SEASON'S *must-haves*

### WHAT KATE DID NEXT

*As the face of Longchamp for eight seasons,* KATE MOSS *has now turned her hand to designing a luxury* RANGE *of accessories for them, too. Prices start at £350; enq katemossfor longchamp.com*

### THE NEW CHOOS

The iconic vertiginous heel, the classic flat, the sublime round toe, the perfect platform – Tamara Mellon's new 24/7 collection (in store now) is a capsule range highlighting the ultimate style icons from the **JIMMY CHOO** archives. We love these snakeskin gladiator sandals. Prices start at £395. enq (020) 7493 5858.





Necklace, earrings, and ring all by Pamela Love

### NET GAINS

ELLE's love of **ISABEL MARANT** knows no bounds, but actually getting our hands on it has necessitated Fashion Week pilgrimages to her store in Paris. No longer: Net-a-porter has snapped up the s/s range. And while we're jealous that a stand-alone Marant store is opening in New York in March, we're excited to hear that a London flagship might follow.



ISABEL MARANT



ISABEL MARANT



PHOTOGRAPHS: ANTHEA SIMMS, JEAN FRANÇOIS JULIAN, PIXELFORMULA/SIPA

# Exhibit C

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



VA 1-432-825

EFFECTIVE DATE OF REGISTRATION

7    7    11

---

Title of This Work ▼

**Spring Collection 2011**

NATURE OF THIS WORK ▼ See instructions

**Jewelry Design Collection**

Previous or Alternative Titles ▼

None

Publication as a Contribution  If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

---

**2**

NAME OF AUTHOR ▼

a  **Pamela Love**

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼
1982          N/A

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____ U.S.
    { Domiciled in ____ Calif.

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☒ No
Pseudonymous?   ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☒ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ____
    { Domiciled in ____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture     ☐ Map              ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph       ☐ Text
☐ Reproduction of work of art ☐ Jewelry design   ☐ Architectural work

---

**3**

a  Year in Which Creation of This Work Was Completed
**2010**  This information must be given in all cases.

b  Date and Nation of First Publication of This Particular Work
Month  **12**  Day  **12**  Year  **2010**
This information must be given ONLY if this work has been published.

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

**Pamela Love**
**143 West 29 Street, New York, NY 10001**

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
NOV 23 2011    July 7 2011
ONE DEPOSIT RECEIVED
NOV 23 2011    July 7 2011
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                 • See detailed instructions.          • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 4 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE ☐ Yes

FORM VA

FOR COPYRIGHT OFFICE USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

*N/A*

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*N/A*

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼           Account Number ▼

*Gottlieb, Rackman & Reisman, P.C.*   *#31399*

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

*Ariel Peikes*
*Gottlieb, Rackman & Reisman, P.C.*
*270 Madison Avenue, 8th Floor*
*New York, NY 10016*

Area code and daytime telephone number   *(212) 684-3900*      Fax number   *(212) 684-3999*

Email

b

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   *Pamela Love*
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

*Ariel S. Peikes, Esq.*                        Date  *July 5, 2011*

Handwritten signature (X) ▼

X *Ariel Peikes*

Certificate will be mailed in window envelope to this address:

Name ▼
*ARIEL S. PEIKES, Gottlieb, Rackman et al.*
Number/Street/Apt ▼
*270 Madison Avenue, 8th Floor*
City/State/Zip ▼
*NEW YORK, N.Y. 10016*

**9**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.*

# Continuation Sheet
# for Application Forms

Ⓒ Form VA /CON
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 432 – 825**

NUMBER 432825

| PA | PAU | SE | SEG | SEU | SR | SRU | TX | TXU | VA | VAU |
|----|-----|----|----|-----|----|----|----|----|-----|-----|

EFFECTIVE DATE OF REGISTRATION

*July  7  2011*
(Month)    (Day)    (Year)

CONTINUATION SHEET RECEIVED

Page *3* of *4* pages

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- Try to fit the information called for into the spaces provided on the basic form.
- If you do not have enough space on the basic form, use this Continuation Sheet, and submit it with the basic form.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Space A of this sheet is intended to identify the basic application.
  Space B is a continuation of space 2 on the basic application.
  Space B is not applicable to Short Forms.
  Space C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6 on the basic application or for the continuation of Space 1 on any of the three Short Forms PA, TX, or VA.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
*Identification of Application*

**IDENTIFICATION OF CONTINUATION SHEET:** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- **TITLE:** Give the title as given under the heading "Title of this Work" in space 1 of the basic form.

  "Spring Collection 2011"

- **NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):** Give the name and address of at least one copyright claimant as given in space 4 of the basic form or space 2 of any of the Short Forms PA, TX, or VA.

  Pamela Love, 143 West 29 Street, New York, NY 10001

---

## B
*Continuation of Space 2*

### d

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH | |
|---|---|---|---|
| Pamela Love | | Year Born▼ | Year Died▼ |
| | | 1982 | N/A |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of ▶ United States | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☑ No | { Domiciled in ▶ United States | Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼
Jewelry Design

### e

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH | |
|---|---|---|---|
| | | Year Born▼ | Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☐ No | { Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

### f

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH | |
|---|---|---|---|
| | | Year Born▼ | Year Died▼ |

| Was this contribution to the work a "work made for hire"? | AUTHOR'S NATIONALITY OR DOMICILE Name of Country | WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK | |
|---|---|---|---|
| ☐ Yes | OR { Citizen of ▶ | Anonymous? ☐ Yes ☐ No | If the answer to either of these questions is "Yes," see detailed instructions |
| ☐ No | { Domiciled in ▶ | Pseudonymous? ☐ Yes ☐ No | |

**NATURE OF AUTHORSHIP** Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of spaces 1, 4, or 6 of the basic form or for the continuation of Space 1 on any of the Short Forms PA, TX, or VA.*

CONTINUATION OF (Check which)   ☐ Space 2   ☐ Space 4   ☐ Space 6

Titles of works in the "Spring Collection 2011":

**C**

Continuation
of other
Spaces

1. PLS1N2;
2. PLS1E2;
3. PLS1B7;
4. PLS1N4;
5. PLS1N3;
6. PLS1B1;
7. PLS1R7;
8. PLS1R1ASP;
9. PLS1R3ASP;
10. PLS1R3A;
11. PLS1B4B;
12. PLS1R2;
13. PLS1B1;
14. PLS1R4A;
15. PLS1B3B;
16. PLS1RS1;
17. PLSL1B2;
18. PLS1R9;
19. PLS1NS;
20. PLS1R8;
21. PLS1B11BM;
22. PLS1B11D;
23. PLS1N6;
24. PLS1R61;
25. PLS1R61S;
26. PLS1B61SP;
27. PLS1N1;
28. PLS1N9BL1;
29. PLS1N9BLS;
30. PLS1N7A-S;
31. PLS1N7A-T;
32. PLS1N7A-E;
33. PLS1N7A-A;
34. PLS1N7A-H;
35. PLS1B8B;
36. PLS1B9B;
37. PLS1R11;
38. PLS1B3; and
39. PLS1B4.

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Ariel S. Peikes,   Gottlieb, Rackman & Reisman, P.C.
Number/Street/Apt ▼
270 Madison Avenue, 8th Floor
City/State/Zip ▼
New York, NY 10016

**D**

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
   money order payable to Register
   of Copyrights
3. Deposit Material
MAIL TO:
Library of Congress, Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Form CON   Rev 07/2006   Print: 07/2007 — xx,000   Printed on recycled paper                U.S. Government Printing Office: 2000-xxx-xxx/60,xxx





//Ridge Cuff

//Bronze
PLS1B5B $275

# Exhibit D

Mobile  Most Popular  Archives          News    Markets    Careers    Life & Style    Topics    TV    Research


Help the Obamas
STAND UP FOR WORKING AMERICANS
JOIN OUR CAMPAIGN          OBAMA ★ BIDEN

EMBRAER
Executive Jets

Jewelry & Watches    Aircrafts    Cars    Real Estate    Fine Dining    Wine, Spirits & Cigars    Fashion

Previous image Enlarge Close Next image

# Pamela Love explores alchemy in her SS11 collection

0      Like      Tweet  7      Share      0      ⚙      submit

By **IBTIMES STAFF REPORTER** Subscribe to IBTimes's RSS feed
October 1, 2010 4:34 PM EDT

Pamela Love's Spring Summer 2011 (SS11) collection was recently unveiled at the exclusive M.A.C//MILK STUDIOS at New York Fashion Week. 3 years into the jewelry business and the Brooklyn born has never failed to entice the world with her hand-hewn Gothic designs and styling accessories.

(Photo: Pamela Love handout / File)
MORE FROM THIS STORY bronze and silver



0           7           0
Like        Share       Tweet

**RELATED ARTICLES**

Selena Gomez's Sexy Perfume Ad Launches Her Namesake Fragrance [PHOTOS]

Morning Gold Market Report

Morning Silver Market Report

Can Raspberry Ketone really make you thin? Here's the "skinny"

A shocking trick gets rid of wrinkles fast. Try this one weird solution and look years younger!

New York - New rule allows many New York residents to get car insurance at half-price

Wire your brain to learn a new language in just 10 days! Exclusive short video reveals the secret

Advertisement

The SS11 collection is an exploration of a rare combination of astrological lunar phases and alchemy with ethnic ornamentation. The designer was inspired by traditional Indian and African beliefs crafting a collection that she believes, exemplifies jewelry as a form of protection.

Initially working as an assistant with the Italian painter, Francesco Clemente, Love gradually found herself drawn to hand-crafted metal and crystal work. In 2006, Love established her first label in the city of New York and has, since then, continued to experiment with unique and exotic materials to craft challenging designs.

This season, Pamela made a deviation from her signature macabre style playing with new patterns and contours. Apart from diamonds, 14K gold, silver, sapphires and rubies, she introduced new materials to her collection like Resin, Wood and Howlite. Coherent pieces of varying heights and proportions made an entry into a unified collection. Get a glimpse of her latest collection, the SS11 slideshow.


□ Square
Accept
credit cards
anywhere.
Get a free reader

ADVERTISE WITH US

MORE


Europe's Only Active Volcano Spews Lava In A Spectacular Show

MOST VIEWED


Aviva Investors Accidentally        MIT Researchers Invent the        Torres Says Chelsea Can Beat Anyone

MOST READ

iPhone 5 Features: Apple Introduces NFC Patent For iTunes Gift-Giving [PICTURES]
Like  17


Samsung Galaxy S3 To Come On Verizon: Top 5 Upcoming And Existing Competitors Running On The Same Network
Like

Lucian Freud Leaves Staggering £36m In Will
Like


BFC Releases London's First Stand Alone Men's Fashion Week Schedule
Like

This article is copyrighted by International Business Times, the business news leader

0      Like      Tweet  7      Share      0      ⚙      submit

POPULAR MULTIMEDIA

NEWS FROM WORLD

EDITOR'S PICK

# Exhibit E



SHOP

£1,230, Chanel

£560, Lanvin

£1,150, Gucci

*Go for* GOLD

Embellish the season's chicest Seventies-inspired silhouettes with the gilded glamour of bold, gold-hued accessories

Editor's PICK

£805, Yves Saint Laurent

£265, Emilio Pucci

# Exhibit F

accessories

shoppin
0 items

my stuff

need help?   1.8

previous item    next item

REVIEWS & FITTING (7)

availal
(web & st

DETAILS & SHOPPING

price: $18.00

Fighting Bears Ring
Style: 17718404

Q&A

ASK A QUESTION

Overall Rating
★★★★

7 reviews | write a review

FP EXCLUSIVE : Only sold thru Free People

A silver ring with open center and two bear faces at
the opposite ends.

* Steel
* Imported

SHOP ALL: Jewelry

Share this item with your friends and the Free People community:

0          0

Be the first!      Be the first!

download this image



**need help?**
call: 800-309-1500
or contact us

shop your country

**customer service**
help
order status
size chart
shipping information
returns & exchanges
international orders

**company**
our story
work at fp
wholesale
affiliates
site map

**explore**
find a store
shop catalog
wishlists
collections
popular searches
visit mobile site »

New friends g

enter your email address...

**gift cards &
e-gift cards**
*SHOP »*

**want to receive
our catalogs?**
*SUBSCRIBE »*

2012 FreePeople.com, LLC. All Rights Reserved.   terms of use  |  privacy & security  |  ca notice

# Exhibit G

Print Reviews



This product is no longer available. Continue shopping at Free People.

## Fighting Bears Ring

A silver ring with open center and two bear faces at the opposite ends. * Steel * Imported

overall average rating:

★★★⯪

**3.6** out of 5 (7 Reviews)

## Customer Reviews for Fighting Bears Ring

Choose a sort order ▼

name:
kim090902

location:
new york

age:
26-30

body type:
athletic

### really unique

5.5.2010 - "I love this ring. Its so different and not something you would find just anywhere. I dont think that they are bears though. id say that they are ferrets or gophers. It makes it a great conversation piece. Like other reviewers have stated it does turn your finger green, even though I was told it wouldnt. Either way, for the price, I give it a thumbs up"

overall rating:

★★★★

sizing:



runs       true to       runs
small      size          large

## Review 2 for Fighting Bears Ring

name:
SRM

location:
Eire

age:
21-25

body type:
petite

### Incredibly Disapointing

3.31.2010 - "I saw this ring online and I had to have it. When it arrived I was thrilled I thought it was the quirkiest ring I had seen in a long while. I put it on immediately in an effort to tighten the ring around my finger I gently sqeezed the ring together(very gently). But it broke. IT SPLIT IN HALF!Incredible disappointed a complete waste of money."

overall rating:

★

sizing:



runs       true to       runs
small      size          large

## Review 3 for Fighting Bears Ring

name:
mollyem

location:
New York NY

age:
14-20

body type:
petite

### Absolutely stunning!

TOP 250 CONTRIBUTOR

3.25.2010 - "This is my new favorite ring. I'm not a big fan of the over sized statement rings, so this is perfect for me. It fits perfectly, which I didn't expect because I find FP rings are usually much bigger on me. Love IT!!"

overall rating:

★★★★★

sizing:



runs       true to       runs
small      size          large

## Review 4 for Fighting Bears Ring

name:
Lindsaybug

location:
New York

age:
26-30

body type:
curvy

### Awesome concept disappointing follow-through

3.10.2010 - "I fell in love with this ring as soon as i saw it. the first day i wore (just a few hours) it started to turn my finger green :(
i've been afraid to wear it because i can already see some copper-y color showing through the silver.
i'm considering ways to preserve it with some sort protectant because i just love it...
how sad that it isn't sterling silver"

overall rating:



## Review 5 for Fighting Bears Ring

name:
Pooky

location:
Boulder, CO

age
21-25

body type:
athletic

### Love this ring

2.24.2010 - "This ring is phenomenal. It's sized between 7 and 8, sturdily, and isn't meant to be adjusted (as another reviewer noted). The ring is unique, quirky and eye-catching, but wears well with a variety of colors and styles. And as a silly side remark, I don't think these are "fighting bears" at all; they look like they're about to kiss. I'm tempted to stock up on a few of these rings, just on the off-chance that I lose or break mine."

overall rating:



## Review 6 for Fighting Bears Ring

name:
Louiee

location:
Washington

age
21-25

body type:
slender

### Broke!!!

TOP 25 CONTRIBUTOR

2.18.2010 - "I was told by FP customer service that this ring was adjustable, IT IS DEFINITELY NOT. It looks like you can squeeze it tight but it just broke right in half. The metal is super cheap and brittle. It was so adorable though! I if you are around a size 7 or 8 and you dont plan to try and adjust the size then you should do ok. Very disappointed. if I would have known that I wouldn't have bought it-going back, in 2 pieces."

overall rating:

★ ★

## Review 7 for Fighting Bears Ring

name:
KitKattastic

location:
Dallas

age:
21-25

body type:
athletic

### LOVE LOVE LOVE!

NUMBER ONE CONTRIBUTOR

1.22.2010 - "Exactly as pictured! I'm not sure if you are supposed to adjust the ring, but I wouldn't plan on being able to. I didn't, and will not try to. It's most likely a size 7 based off which finger i was able to fit the ring on. (Pointer, like on the model.) It's so unusual, and worth every penny. I've already received plenty of compliments on it and have only had it a day!!!"

overall rating:



# Exhibit H

MY ACCOUNT                    shopping bag  0 items

new arrivals   clothing   shoes   accessories   house & home   gifts   sale                    search        Sub

HOME > SALE > JEWELRY



Pleated Bracelet
STYLE # 1092309

Be the first to write a review

you may
also like

**We're sorry. This product is no longer available.**

DETAILS
Inspired by the tribal bangles of West Africa, this bold brass cuff
creases crisply around your wrist

  Brass
  3.25"W, 2.25" diameter
  Imported

customer service    catalog    store locator    privacy & security    800.309.2500          sign up for emails

Monday, April 30, 2012 | Sign in | Register



Magazine
Good Stuff
Get Out
Fashion & Beauty
Food & Drink

**Stuff Boston:**
About Us
Contact Us
Advertise With Us

Boston Phoenix
Portland Phoenix
Providence Phoenix
Stuff Boston
WFNX Radio
El Planeta
Phoenix People
Mass Web Printing
GBrowser

**Phoenix Media/Communications Group:**
About Us
Contact Us
Advertise With Us
Work For Us
Sitemap
RSS
Mobile

Copyright © 2012 Phoenix Media Communications Group

